466 A.2d 718

Commonwealth v. Barnhart, Appellant.

618

Submitted March 29, 1983. Charles H. Barnhart, appellant, in propria persona; John Carter Brydon, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, BROSKY and MONTGOMERY, JJ.

Appeal dismissed as moot.